True D. Matson, Appellant, v. Justin Blossom,

## FIFTH DEPARTMENT, MARCH TERM, 1890.

Respondent, Impleaded, etc.—Judgment and order appealed from affirmed on authority of the decision in this case on former appeal, reported in 18 N. Y. State Reporter, 726. Opinion by Corlett, J., dissenting.